# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Poslusny, Jerrold N. | Bankruptcy Court for the District of New Jersey | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
400 Cooper Street
Camden, NJ 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Cherry Hill (NJ) United Soccer Association (a/k/a Cherry Hill FC) |
| 2. | Trustee | Trust No. 1 |
| 3. | Trustee | Trust No. 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | OCWEN Mortgage Corp. - salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assoc. 94th Annual Dinner | March 22, 2019 | New York, NY | Annual Dinner | Travel Expenses, Hotel, Dinner |
| 2. | Assoc. of Insovency and Restructuring Advisors, Annual Conference | June 5-8, 2019 | Boston, MA | Annual Conference | Travel Expenses, Hotel, 2 Meals, Tuition |
| 3. | American Bankruptcy Institute | August 2-3, 2019 | Hershey, PA | Annual Conference | Travel Expenses, Hotel, Tuition |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Bank Accounts | A | Interest | M | T | | | | | |
| 2.  NY Life Variable Universal Life Policy - fixed account | A | Interest | L | T | | | | | |
| 3.  NY Life Custom Whole Life Policy | C | Dividend | M | T | | | | | |
| 4.  NY LIfe Custom Whole Life Policy | C | Dividend | M | T | | | | | |
| 5.  iShares China Large-Cap (FXI) | A | Dividend | J | T | | | | | |
| 6.  WH common | A | Dividend | J | T | | | | | |
| 7.  WYND | A | Dividend | J | T | | | | | |
| 8.  CAR common | A | Dividend | J | T | | | | | |
| 9.  PAYX common | A | Dividend | J | T | | | | | |
| 10.  Fidelity Contrafund (FCNTX) | A | Dividend | J | T | | | | | |
| 11.  Eagle Strategies Account (H) | | | | | | | | | |
| 12.  - Fidelity Govt MMKT Daily Money Class | A | Int./Div. | J | T | | | | | |
| 13.  - Fidelity 500 Index Fund | A | Dividend | J | T | | | | | |
| 14.  - Delaware Value FD CL A | A | Dividend | J | T | | | | | |
| 15.  - Driehaus Micro Cap Growth Fund | | None | | | Sold | 01/08/19 | J | | |
| 16.  - Columbia Select Lrg Cap Growth Class A | | None | | | Sold | 01/08/19 | J | | |
| 17.  - MFS International Value Fund CL A | A | Dividend | | | Sold | 09/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T Rowe Price Intl Stock Advisor CL | | None | | | Sold | 01/08/19 | J | | |
| 19. - Virtus Ceredex Mid Cap Val Eq 1 | | None | | | Sold | 01/08/19 | J | | |
| 20. - Touchstone Focused Class A | | None | | | Sold | 01/08/19 | J | | |
| 21. - TCW Relative Value Dividend Apprec CL N | | None | | | Sold | 01/08/19 | J | | |
| 22. - T Rowe Price Growth Stock Advisor CL | A | Dividend | J | T | | | | | |
| 23. - Wasatch International Oppotunities FD | | None | | | Sold | 01/08/19 | J | | |
| 24. - Baron Emerging Markets Fund Retail | | None | | | Sold | 01/08/19 | J | | |
| 25. - Touchstone Small Cap Value Cl A | | None | | | Sold | 01/08/19 | J | | |
| 26. - Destinations Multi Strgy Alt Instl | A | Dividend | J | T | | | | | |
| 27. - Destinations Real Assets FD Instl | A | Dividend | | | Sold | 09/24/19 | J | | |
| 28. - Destinations Core Fixed Income Instl | A | Dividend | J | T | | | | | |
| 29. - Destinations Global Fixd Inc Oppor Instl | A | Dividend | J | T | | | | | |
| 30. - Destinations Low Dur Fixed Inc Instl | A | Dividend | J | T | | | | | |
| 31. - Destinations Muni Fixed Income Instl | A | Dividend | J | T | | | | | |
| 32. - Destinations Equity Income FD Instl | A | Dividend | J | T | Buy | 07/10/19 | J | | |
| 33. - Destinations Intl Equity FD Instl | A | Dividend | K | T | Buy | 01/08/19 | K | | |
| 34. | | | | | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - Destinations Large Cap Equity FC Instl | A | Dividend | K | T | Buy | 01/08/19 | J | | |
| 36.  - Destinations Small Mid Cap Eq Instl | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 37.  Trust No. 1 (H) | | | | | | | | | |
| 38.  - Fidelity ContraFund | D | Dividend | K | T | | | | | |
| 39.  - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 40.  - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 41.  Trust No. 2 (H) | | | | | | | | | |
| 42.  - Fidelity ContraFund | C | Dividend | K | T | | | | | |
| 43.  - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 44.  - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 45.  Eagle Strategies IRA (H) | | | | | | | | | |
| 46.  - Fidelity Government Money Market (f/k/a Fid. Govt Money Cap. Res.) | A | Interest | J | T | | | | | |
| 47.  - DFA US Core Equity I | B | Dividend | M | T | | | | | |
| 48.  - Dimensional Emerging Mkts Val PRTF Instl | B | Dividend | L | T | | | | | |
| 49. | | | | | | | | | |
| 50.  - DFA International Small Company Port | B | Dividend | L | T | | | | | |
| 51.  - DFA International Value PRTF Instl | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DFA US Large Cap Value PRTF Instl | B | Dividend | M | T | | | | | |
| 53. - DFA Real Estate Sec PRTF Instl | B | Dividend | K | T | | | | | |
| 54. - DFA US Small Cap Portfolio INSTL Cl | B | Dividend | M | T | | | | | |
| 55. Eagle Strategies IRA (H) | | | | | | | | | |
| 56. - GE | A | Dividend | J | T | | | | | |
| 57. - Mainstay Equity Alloc. CL B (f/k/a Mainstay Growth Alloc. CL B) | A | Dividend | J | T | | | | | |
| 58. - Fidelity Govt Money Mkt CL | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerrold N. Poslusny**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544